LAW OFFICES

# HARE, WYNN, NEWELL AND NEWTON, L.L.P.

THE HISTORIC MASSEY BUILDING
SUITE 800
2025 THIRD AVENUE NORTH

**BIRMINGHAM, ALABAMA 35203-3331**

ALEX W. NEWTON
TERRELL WYNN
JAMES J. THOMPSON, JR.
ALVA C. CAINE
JOHN W. HALEY
D. LEON ASHFORD
SCOTT A. POWELL
JAMES R. PRATT, III
STEPHEN SHAY SAMPLES
BRUCE J. McKEE
MICHAEL D. ERMERT
NOLAN E. AWBREY*
DON McKENNA
MATTHEW C. MINNER
JAMES R. MONCUS, III***
SANDRA PAYNE HAGOOD

*ALSO LICENSED IN GEORGIA
**LICENSED IN ARKANSAS
***ALSO LICENSED IN TENNESSEE

TELEPHONE (205) 328-5330
FAX (205) 324-2165
www.hwnn.com

***100* years**

RALPH D. COOK
PAUL BYRD**
FRANCIS H. HARE, JR.

OF COUNSEL

FRANCIS H. HARE
(1904-1983)
CARLTON T. WYNN
(1917-2002)
NEAL C. NEWELL
(1920-2005)
RAY O. NOOJIN, JR.
(1945-1996)
JAMES O. HALEY
(1912-2002)

**ARKANSAS OFFICE**
4220 NORTH RODNEY PARHAM RD.
250 METROPOLITAN NATIONAL PLAZA
LITTLE ROCK, ARKANSAS 72212
TELEPHONE 501-225-5500
FAX 501-225-5501

October 3, 2006

**Via Facsimile, U.S. Mail and E-mail**
Kathryn Hays Sasser
Walker, Bryant, Tipps & Malone
2300 First Union Tower
150 4th Avenue North
Nashville, TN 37219

Re: U.S. ex rel Pogue v. DTCA et al.

Dear Kathryn:

I read with great surprise the assertion in DTCA's reply to Relator's Opposition to DTCA's Motion for Judgment on the pleadings that Relator had let his deadline pass to respond to the motion. Nothing could be further from the truth, and I trust that after reviewing the below history of agreed orders and Court orders that you will realize that DTCA's assertion is a mistake and will take the necessary steps to correct that mistake with the Court forthwith.

On February 21, 2006 the parties jointly moved the Court to Amend the Scheduling Order. In that motion, we jointly represented to the Court that "Relator and Defendants also determined that additional time is needed for the filing and briefing of dispositive motions. The additional time is necessary because of the scope and breadth of the claims in this matter that will be addressed in dispositive motions. Relator and Defendants agree that approximately 35 additional days for the filing of responses to dispositive motions and approximately 25 additional days for the filing of replies to dispositive motions would be sufficient."

These additional days were beyond the days contemplated by the local rules which gave a time for responses of only 10 days and replies of only 5 days. That understanding is

EXHIBIT
1

PENGAD-Bayonne.N.J

Kathryn Hays Sasser
October 3, 2006
Page Two

confirmed in the schedule set forth in the motion, which gave 45 days to respond to the filing of dispositive motions and 30 days to file replies.

The next event was for DTCA to move the Court to extend the deadline for it to file dispositive motions until August 15, 2006, because the Court had granted additional discovery to DTCA. DTCA did not request any shortening of time for Relator to respond. The Court granted that Order and extended DTCA's deadline until August 15, 2006. No Order was entered modifying the previously agreed to response time and Relator operated under those agreed to response times that we jointly represented to the Court we needed.

No mention was ever made by DTCA that it intended to modify response times by the extension of its time to file a dispositive motion. DTCA filed its dispositive motion on August 11, 2006 and Relator timely filed his response on September 25, 2006 within the 45 days allowed by the agreed motion.

Surely, DTCA's statement in its response filed yesterday is a mistake. If it is not a mistake and DTCA intended to unilaterally revert to the local rules without notifying Relator's counsel, such action would be nothing short of trickery unbecoming of the professional working relationship we have shared for many years.

I trust that DTCA's statement in its filing was a mistake and that it will be corrected with the Court expeditiously. If DTCA stands by its statement to the Court that Relator missed his deadline, please let us know so that we may take appropriate action with the Court.

Sincerely,

Don McKenna

cc:     Bob Walker
        Chris Larson
        John Hellow
        Mark Hardiman
        Bryan Larson
        Brian Roark
        Scott Powell
        Jennifer Verkamp
        Rick Morgan

Enclosure: Joint Motion for Leave to Amend Scheduling Order 2/21/2006.

**HARE, WYNN, NEWELL AND NEWTON, L.L.P.**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES *ex rel.* SCOTT POGUE | ) ) ) | |
| Relator, | ) ) | |
| v. | ) ) ) | Civil Action File No. 99-CV-3298 (RCL) (Part of 01-MC-50 (RCL)) JUDGE ROYCE C. LAMBERTH |
| DIABETES TREATMENT CENTERS OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION FOR LEAVE TO AMEND SCHEDULING ORDER

In accordance with Rule 16 of the Federal Rules of Civil Procedure, Relator Scott Pogue ("Relator") and Defendants Diabetes Treatment Centers of America, Inc., Dr. Paul C. Davidson, Dr. Bruce W. Bode, Dr. Judson G. Black, Dr. R. Dennis Steed and Dr. Anthony E. Karpas ("Defendants") jointly and respectfully move this Court for leave to amend the Amended Scheduling Order to allow additional time for the completion of expert witness discovery and the filing and briefing of dispositive motions.

On November 14, 2005, this Court entered an Amended Scheduling Order establishing deadlines for the completion of discovery and the filing of related motions. (Document 1114). The Amended Scheduling Order required that Relator provide his expert witness designations by December 15, 2005, and that Defendants provide their expert witness designations by January 30, 2006. The Amended Scheduling Order also required that discovery motions regarding experts and dispositive motions be filed at the close of expert witness discovery.

In accordance with the Amended Scheduling Order, Relator provided Defendants with expert witness designations for two expert witnesses, and Defendants provided Relator with expert witness designations for seven expert witnesses. During the course of scheduling the

1

depositions of those expert witnesses, Relator and Defendants determined that additional time is needed to complete expert witness depositions. The additional time is necessary because of both the number of designated expert witnesses and the schedules of Relator and Defendants and their expert witnesses. Relator and Defendants agreed that approximately 45 additional days would give them enough time to complete the necessary expert witness depositions. Relator and Defendants also determined that additional time is needed for the filing and briefing of dispositive motions. The additional time is necessary because of the scope and breadth of the claims in this matter that will be addressed in dispositive motions. Relator and Defendants agreed that approximately 35 additional days for the filing of responses to dispositive motions and approximately 25 additional days for the filing of replies to dispositive motions would be sufficient.

Relator and Defendants thus respectfully request that the Amended Scheduling Order be amended to establish the following deadlines for the completion of expert witness discovery and the filing and briefing of dispositive motions:

| DATE | DEADLINE |
|---|---|
| April 15, 2006 | Completion of expert depositions |
| June 15, 2006 | Filing of motions regarding expert discovery |
| June 15, 2006 | Filing of dispositive motions |
| July 31, 2006 | Filing of responses to dispositive motions |
| August 31, 2006 | Filing of replies to dispositive motions |

Relator and Defendants have worked cooperatively and diligently to comply with the deadlines established in the Amended Scheduling Order and will continue to do so if this Court grants the requested leave to extend the existing deadlines.

In accordance with the foregoing and with Rule 16 of the Federal Rules of Civil Procedure, Relator and Defendants jointly and respectfully request that this Court grant leave to

amend the existing Scheduling Order and adopt the proposed deadlines for the completion of

expert witness discovery and the filing and briefing of dispositive motions.

Respectfully submitted,


s/ Bryan E. Larson
Bryan E. Larson
Brian D. Roark
BASS, BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, Tennessee 37238-2700
Telephone: (615) 742-6200

Robert J. Walker
Kathryn Hays Sasser
WALKER, BRYANT, TIPPS & MALONE
2300 One Nashville Place
150 Fourth Avenue North
Nashville, Tennessee 37219-2424
Telephone: (615) 313-6000

John R. Hellow
Mark S. Hardiman
HOOPER, LUNDY & BOOKMAN
1875 Century Park East, Ste. 1600
Los Angeles, CA 90067

*Counsel for Defendant Diabetes Treatment
Centers of America, Inc.*


s/ Dana M. Richens            (with permission)
John G. Despriet
Dana M. Richens
SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
Telephone: (404) 815-3500

*Counsel for Defendants Dr. Paul C. Davidson,
Dr. Bruce W. Bode, Dr. Judson G. Black, Dr. R.
Dennis Steed and Dr. Anthony E. Karpas*

3

*s/ Don McKenna*          *(with permission)*
Scott A. Powell
Don McKenna
HARE, WYNN, NEWELL & NEWTON
Massey Building, Suite 800
2025 Third Avenue Street North
Birmingham, Alabama 35203
Telephone: (205) 328-5330

Frederick M. Morgan, Jr.
Jennifer M. Verkamp
VOLKEMA, THOMAS, MILLER, BURKETT,
SCOTT & MERRY
700 Walnut Street, Suite 400
Cincinnati, Ohio 45202-2015
Telephone: (513) 651-4400

James B. Helmer, Jr.
HELMER, MARTINS, RICE & POPHAM
Fourth & Walnut Centre, Suite 1900
105 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 421-2400

*Counsel for Relator Scott Pogue*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent electronically by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties on the agreed upon Certificate of Service will be served electronically. Parties may access this filing through the Court's electronic filing system.

Frederick M. Morgan, Jr.
rmorgan@vt-law.com

Jennifer M. Verkamp
jverkamp@vt-law.com

James B. Helmer, Jr.
jhelmer@fcalawfirm.com

Robert M. Rice
rrice@fcalawfirm.com

Scott Powell
scott@hwnn.com

Don McKenna
don@hwnn.com

Jamie Moncus
jamie@hwnn.com

Lynne Reed
lynne@hwnn.com

Beckey Askins
beckey@hwnn.com

John S. Despriet
jdespriet@sgrlaw.com

Dana Richens
drichens@sgrlaw.com

Lory Klopfenstein
lklopfenstein@sgrlaw.com

Shani Cornelious
scornelious@sgrlaw.com

Sherri Fuselier
sfuselier@sgrlaw.com

Liza Brennan
Liza.Brennan@usdoj.gov

J. Chris Larson
J.Chris.Larson@usdoj.gov

*s/ Bryan E. Larson*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES *ex rel.*          )
SCOTT POGUE                      )
                                 )
      Relator,                   )
                                 )          Civil Action File No. 99-CV-3298 (RCL)
v.                               )          (Part of 01-MC-50 (RCL))
                                 )          JUDGE ROYCE C. LAMBERTH
DIABETES TREATMENT CENTERS       )
OF AMERICA, *et al.*,            )
                                 )
      Defendants.                )

## ORDER

Before the Court is the parties' Joint Motion for Leave to Amend Scheduling Order.

After consideration of the Joint Motion, the Court has determined that it is well-taken and should

be GRANTED. It is hereby ORDERED:

1.   Expert depositions shall be completed by April 15, 2006.

2.   All motions regarding disputes over expert discovery shall be filed by June 15,
     2006. This deadline does not include motions regarding the qualifications of
     expert witnesses or the admissibility of any opinions offered by such witnesses.

3.   All summary judgment motions, or other dispositive motions, shall be filed by
     June 15, 2006.

4.   All responses to summary judgment motions, or other dispositive motions, shall
     be filed by July 31, 2006.

5.   All replies to summary judgment motions, or other dispositive motions, shall be
     filed by August 31, 2006.

SO ORDERED

_____
JUDGE ROYCE C. LAMBERTH

February _____, 2006

```
************** -COMM.   .  NAL- ******************** DATE OCT-03-2006 **    TIME 14:39 ********

        MODE = MEMORY TRANSMISSION               START=OCT-03 14:25    END=OCT-03 14:39

          FILE NO.=601

   STN    COMM.    ONE-TOUCH/   STATION NAME/TEL NO.                      PAGES     DURATION
   NO.              ABBR NO.

   001     OK       ☎          16153136001                             010/010    00:01:17
   002     OK       ☎          15136514405                             010/010    00:01:07
   003     OK       ☎          16157420442                             010/010    00:02:49
   004     OK       ☎          16157422769                             010/010    00:02:49
   005     OK       ☎          13105518181                             010/010    00:02:01
   006     OK       ☎          12023073852                             010/010    00:01:12


                                              -HARE, WYNN                    -

   ********************************** -205 324 2165    - ***** -    205 324 2165- **********
```

LAW OFFICES

## HARE, WYNN, NEWELL AND NEWTON
THE MASSEY BUILDING
SUITE 800
2025 THIRD AVENUE NORTH
**BIRMINGHAM, ALABAMA 35203-3713**

TELEPHONE (205) 328-5330
FAX (205) 324-2165

E-Mail Address for
Don McKenna: don@hwnn.com
E-Mail Address for
Lynne Reed: lynne@hwnn.com

# FAX COVER SHEET

| FAX TO: | Kathryn Hays Sasser | (615) 313-6001 |
|---|---|---|
|  | Jennifer Verkamp | (513) 651-4405 |
|  | Rick Morgan | (513) 651-4405 |
|  | Brian Roark | (615) 742-0442 |
|  | Bryan Larson | (615) 742-2769 |
|  | Mark Hardiman | (310) 551-8181 |
|  | John Hellow | (310) 551-8181 |
|  | Chris Larson | (202) 307-3852 |
|  | Bob Walker | (615) 313-6001 |

FROM:       Don McKenna        Sender: Lynne Reed

DATE:       October 3, 2006

NO. PAGES (including cover sheet):  10

RE:   U.S. ex rel Pogue v. DTCA, et al

COMMENTS:

CONFIDENTIALITY NOTICE: The information contained in this facsimile transmission may contain legally privileged and confidential information and is intended only for the use of the individual or entity named below. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this transmission in error, please notify the sender by telephone and return the original transmission to the sender at the address above via the United States Postal Service. Thank you.