UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel. <br> SCOTT POGUE <br><br> Plaintiff and Relator, <br><br> v. <br><br> DIABETES TREATMENT CENTERS OF AMERICA, et al., <br><br> Defendants. | : CIVIL ACTION FILE <br> : NO. 99-3298 (RCL) <br> : <br> : (Part of 2001-MS-50)(RCL) <br> : <br> : JUDGE ROYCE C. LAMBERTH <br> : <br> : <br> : <br> : <br> : |

**RELATOR POGUE'S NOTICE OF SERVICE OF SUBPOENAS *DUCES TECUM***

PLEASE TAKE NOTICE THAT, pursuant to Rule 45, Fed. R. Civ. P., Relator A. Scott Pogue, by his counsel, has caused subpoenas *duces tecum* to be served upon The United States Department of Health and Human Services and the Centers for Medicare and Medicaid Services.

Respectfully submitted,

/s/ Jennifer M. Verkamp

James B. Helmer, Jr., Esq.
Frederick M. Morgan, Jr., Esq.
Jennifer M. Verkamp, Esq.
HELMER, MARTINS & MORGAN
  CO., L.P.A.
Fourth & Walnut Centre, Suite 1900
105 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 421-2400

Scott A. Powell, Esq.
Don McKenna, Esq.
HARE, WYNN, NEWELL
  & NEWTON
Massey Building, Suite 800
290 21st Street North
Birmingham, Alabama 35203
Telephone: (205) 328-5330

**Counsel for Relator Pogue**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July 2003, a copy of the foregoing was served via overnight mail and electronic mail upon:

Bryan E. Larson, Esq.
BASS, BERRY & SIMS, PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-0002
Attorneys for Defendant Diabetes Treatment Centers of America, Inc.

Steven A. Riley, Esq.
Amy J. Everhart, Esq.
BOWEN, RILEY, WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Attorneys for West Paces Medical Center

John S. Despriet, Esq.
Dana Richens, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Attorneys for Defendants Atlanta Physicians

Jonathan L. Diesenhaus, Esq.
Laura Laemmle, Esq.
U.S. DEPARTMENT OF JUSTICE
Civil Division, Commercial Litigation Branch
601 D Street, N.W., Room 9730
Washington, D.C. 20530

_Jennifer M Verkamp_