# HELMER, MARTINS & MORGAN
## CO., L.P.A.

ATTORNEYS AT LAW

Fourth & Walnut Centre, Suite 1900
105 East 4th Street
Cincinnati, Ohio 45202-4008

James B. Helmer, Jr.*
Paul B. Martins
Frederick M. Morgan, Jr.
Julie Webster Popham**
Jennifer M. Verkamp
Robert M. Rice
Donald G. Stiens, Jr.

*Also D.C. Bar
**Also KY Bar

Telephone: (513) 421-2400
Telecopier: (513) 421-7902

Of Counsel:
Robert Clark Neff, Jr.

July 17, 2003

*Via facsimile and mail*

John Despriet, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Bryan E. Larson, Esq.
Bass, Berry & Sims PLC
Amsouth Center
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001

Re:   U.S. ex rel. Pogue v. DTCA, et al.

Dear Counsel:

Per your request, enclosed are copies of the subpoenas *duces tecum* referenced in Relator's July 15 Notice.

Please call with any questions.

Sincerely,

Jennifer M. Verkamp
Jennifer M. Verkamp

Enclosures

cc:   Jonathan Diesenhaus, Esq. (without enclosure)