File

# HELMER, MARTINS & MORGAN
## CO., L.P.A.
ATTORNEYS AT LAW

Fourth & Walnut Centre, Suite 1900
105 East 4th Street
Cincinnati, Ohio 45202-4008

James B. Helmer, Jr.*
Paul B. Martins
Frederick M. Morgan, Jr.
Julie Webster Popham**
Jennifer M. Verkamp
Robert M. Rice
Donald G. Stiens, Jr.

*Also D.C. Bar
**Also KY Bar

Telephone: (513) 421-2400
Telecopier: (513) 421-7902

Of Counsel:
Robert Clark Neff, Jr.

July 23, 2003

*Via overnight mail*

Bryan E. Larson, Esq.
BASS, BERRY & SIMS PLC
2700 First American Center
Nashville, TN 37238

Dana Richens, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Re:   U.S. ex rel. Pogue v. DTCA, et al.

Dear Counsel:

Enclosed please find Relator's Responses to The Atlanta Physicians' Second Set of Interrogatories and Requests for Production of Documents.

I also enclose a CD containing material responsive to The Atlanta Physicians' Second Set of Requests for Production of Documents. Please be advised that Relator has withheld no privileged material in response to these requests, with the exception of attorney work product contained in counsel's files.

Very truly yours,

*Jennifer M. Verkamp*
Jennifer M. Verkamp

Enclosures

cc:   Jonathan Diesenhaus, Esq.