# HELMER, MARTINS & MORGAN
## CO., L.P.A.

ATTORNEYS AT LAW

Fourth & Walnut Centre, Suite 1900
105 East 4th Street
Cincinnati, Ohio 45202-4008

James B. Helmer, Jr.*
Paul B. Martins
Frederick M. Morgan, Jr.
Julie Webster Popham**
Jennifer M. Verkamp
Robert M. Rice
Donald G. Stiens, Jr.
*Also D.C. Bar
**Also KY Bar

Telephone: (513) 421-2400
Telecopier: (513) 421-7902

Of Counsel:
Robert Clark Neff, Jr.

August 6, 2004

*Via facsimile (without enclosure) and mail*

John G. Despriet, Esq.
Dana M. Richens, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Bryan E. Larson, Esq.
Brian Roark, Esq.
BASS, BERRY & SIMS PLC
2700 First American Center
Nashville, TN 37238

Re:   U.S. ex rel. Pogue v. DTCA, et al.

Dear Counsel:

Please be advised that Relator is supplementing his production with the enclosed CD containing claims data produced by the United States in response to Relator's subpoena *duces tecum*. I have also enclosed two pages of file specifications and record layouts that accompanied the data files.

Very truly yours,

*Jennifer M. Verkamp*
Jennifer M. Verkamp

Enclosure

cc:   Bob Walker, Esq. (without enclosure)
      Jonathan Diesenhaus, Esq. (without enclosure)