LAW OFFICES

# HARE, WYNN, NEWELL AND NEWTON, L.L.P.

THE MASSEY BUILDING
SUITE 800
2025 THIRD AVENUE NORTH

**BIRMINGHAM, ALABAMA 35203-3331**

TELEPHONE (205) 328-5330
FAX (205) 324-2165
www.hwnn.com

ALEX W. NEWTON
TERRELL WYNN
JAMES J. THOMPSON, JR.
ALVA C. CAINE
JOHN W. HALEY
D. LEON ASHFORD
SCOTT A. POWELL
JAMES R. PRATT, III
STEPHEN SHAY SAMPLES
BRUCE J. McKEE
MICHAEL D. ERMERT
NOLAN E. AWBREY*
DON McKENNA
MATTHEW C. MINNER
JAMES R. MONCUS, III***
SANDRA PAYNE HAGOOD

*ALSO LICENSED IN GEORGIA
**LICENSED IN ARKANSAS AND TENNESSEE
***ALSO LICENSED IN TENNESSEE

RALPH D. COOK
CLARK W. MASON**
FRANCIS H. HARE, JR.

OF COUNSEL

FRANCIS H. HARE
(1904-1983)
CARLTON T. WYNN
(1917-2002)
NEAL C. NEWELL
(1920-2005)
RAY O. NOOJIN, JR.
(1945-1996)
JAMES O. HALEY
(1912-2002)

**ARKANSAS OFFICE**
4220 NORTH RODNEY PARHAM RD.
METROPOLITAN NATIONAL PLAZA
SUITE 250
LITTLE ROCK, ARKANSAS 72212
TELEPHONE 501-219-0077
FAX 501-219-2277

January 13, 2006

**Via Federal Express (615) 742-0442**
Brian D. Roark
BASS, BERRY & SIMS, PLC
Amsouth Center
315 Deaderick Street, Suite 2700
Nashville, TN  37238

Re:   U.S. ex rel. Pogue v. DTCA, et al.
       Your Letter of January 4, 2006 Related to CMS Data

Dear Brian:

In addition to all the e-mails I have previously sent you confirming that we believe you are working with the same data that we provided our expert, I enclose a copy of the CD we provided to our expert. If you look at the file size and modification date you will see that, on a file by file basis, every file on this CD is the exact same size and has the exact same modification date as the zip file you sent me. Therefore, we have a high degree of certainty that we are working with the same data set. It would be next to impossible have all the files with the same names, the same file size and the same modification dates containing different data.

All of the other issues you raise in your letter are matters for cross-examination. I did not prepare the expert reports and any questions about how the expert arrived at his numbers should be directed to the expert when expert depositions are taken.

You previously requested that we send you the record formats sent to us by CMS. We have provided those in past. However, I provided them again to you by electronic e-mail last week and again, provide a hard copy of the correspondence received from CMS with the CD along with this federal express package.

Because we are working with the same data set, I see no reason for any remedies or

Brian Roark
January 13, 2006
Page Two

extension of time for DTCA's expert report.

Sincerely,

Don McKenna

DPM/lr
Enclosures
cc: Jennifer Verkamp (w/o enclosures)
Rob Rice (w/o enclosures)

**HARE, WYNN, NEWELL AND NEWTON, L.L.P.**

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop C2-21-15
Baltimore, Maryland 21244-1850



CENTERS for MEDICARE & MEDICAID SERVICES

## DID/EDG/OIS/CMS

April 16, 2004

Don McKenna
Hare, Wynn, Newell & Newton
2025 3rd Avenue North
Suite 800
Birmingham, AL 35203

Dear Mr. McKenna:

Enclosed you will find a replacement CD containing Medicare claims data requested by the Department of Justice concerning U.S. ex rel. Pogue v. DTCA, et al. Case No. 99-3298.

The replacement CD contains many more matched UPIN's and the total payment amount seems to be what you expected. The procedure we used was correct. However after further investigation, it was discovered that some of the UPIN's from the spreadsheet had lower case alpha character in the first position. Those UPIN's did not match the Inpatient data thereby producing the low matched output file. We hope this has not caused you any inconvenience.

On the replacement CD is one folder labeled EDG6104, within the folder, there are 4 files per year for years 1991-2000. Also, enclosed are the record formats as well as the record counts.

Please verify the data on these files. You should check that these data are readable and the file specifications agree with the information contained on the enclosures. It is our policy that CMS will replace defective media, providing we receive notification of the problem within 60 days following your receipt of the data. Media problems not reported within this time frame become the responsibility of the customer.

It is my obligation to remind you that the data files provided are furnished in accordance with data use agreements that mandate specific requirements for their use, storage and return.

If you should have any questions regarding the above files, please call Judy Giles at telephone number (410) 786-1946.

Sincerely,

Michael Herman

Michael Herman
Computer Specialist
Division of Quality Control & Data Distribution
Enterprise Databases Group
Office of Information Services

Enclosures

**APRIL 16, 2004**

<u>**CASE NO. 99-3298**</u>

# REPLACEMENT COUNTS SENT JANUARY 21, 2004

| | **HEADER** | **DIAG.** | **REV. CENT.** | **PROCEDURE** | **PAY AMT** |
|---|---|---|---|---|---|
| | | | | 224 | 77,900.94 |
| 1991 | 22 | 92 | 30 | 74588 | 29,675,750.31 |
| 1992 | 5834 | 31153 | 6446 | 74092 | 30,856,415.25 |
| 1993 | 5709 | 33205 | 6299 | 67555 | 27,407,711.12 |
| 1994 | 5057 | 31936 | 5737 | 64460 | 26,114,530.42 |
| 1995 | 4816 | 31527 | 5607 | 61899 | 25,462,436.58 |
| 1996 | 4344 | 29306 | 5235 | 58362 | 24,730,512.29 |
| 1997 | 4000 | 27401 | 4953 | 61157 | 24,639,173.13 |
| 1998 | 4032 | 27671 | 5283 | 49550 | 19,589,856.51 |
| 1999 | 3169 | 22159 | 3964 | 44040 | 16,883,912.83 |
| 2000 | 2841 | 19747 | 3618 | | |

**NAMES ON CD**

```
HEADER      = YYYYDATAA
DIAG.       = YYYYDATAB
REV.CENT.   = YYYYDATAC  ←
PROCEDURE   = YYYYDATAD
```

# File Specifications and Record Layouts for INP Files

## Record Layout for INP Headers (HR)

| Data Item | Start Position | End Position | Length | Format |
|---|---|---|---|---|
| Link Lumber | 1 | 9 | 9 | |
| File Key | 10 | 13 | 4 | IPyy where yy is 91-00 |
| Facility Type | 14 | 14 | 1 | |
| Type of Service | 15 | 15 | 1 | |
| From Date | 16 | 23 | 8 | YYYYMMDD |
| Through Date | 24 | 31 | 8 | YYYYMMDD |
| Primary Diagnosis Code | 32 | 36 | 5 | |
| Filler | 37 | 37 | 1 | |
| Payment Amount | 38 | 49 | 12 | 2 Decimal Positions |
| Fi Original Claim Control Number | 50 | 72 | 23 | |
| Provider ID | 73 | 78 | 6 | |
| Attending Physician UPIN | 79 | 84 | 6 | |
| Operation Physician UPIN | 85 | 90 | 6 | |
| Other UPIN | 91 | 96 | 6 | |
| Source of Admission | 97 | 97 | 1 | |
| Admitting Diagnosis Code | 98 | 102 | 5 | |
| Filler | 103 | 103 | 1 | Space |
| Claim Pass thru Per Diem Amount | 104 | 115 | 12 | 2 Decimal Positions |
| Filler | 116 | 116 | 1 | Space |
| Claim Utilization Days | 117 | 119 | 3 | |
| Claim Medical Record Number | 120 | 136 | 17 | |
| Patient Control Number | 137 | 156 | 20 | |
| Hican | 157 | 167 | 11 | |
| Filler | 168 | 168 | 1 | Space |
| Total Reimbursement | 169 | 180 | 12 | 2 Decimal Positions |

## Record Layout for INP Diagnosis (DX) Trailers

| Data Item | Start Position | End Position | Length | Format |
|---|---|---|---|---|
| Link Number | 1 | 9 | 9 | |
| File Key | 10 | 13 | 4 | IPyy where yy is 91-00 |
| Diagnosis Code | 14 | 18 | 5 | |

## Record Layout for Inpatient Procedure (PX) Trailers

| Data Item | Start Position | End Position | Length | Format |
|---|---|---|---|---|
| Link Number | 1 | 9 | 9 | |
| File Key | 10 | 13 | 4 | IPyy where yy is 91-00 |
| Procedure Code | 14 | 17 | 4 | |
| Procedure Date | 18 | 25 | 8 | YYYYMMDD |

## Record Layout for INP Revenue Center (RC) Trailers

| Data Item | Start Position | End Position | Length | Format |
|---|---|---|---|---|
| Link Number | 1 | 9 | 9 | |
| File Key | 10 | 13 | 4 | IPyy where yy is 91-00 |
| Revenue Center Code | 14 | 17 | 4 | |
| Revenue Center Date | 18 | 25 | 8 | |
| Revenue Center HCPCS Code | 26 | 30 | 5 | |
| Filler | 31 | 31 | 1 | |
| Revenue Center UNIT | 32 | 38 | 7 | |
| Filler | 39 | 39 | 1 | |
| Revenue Center Rate | 40 | 51 | 12 | 2 Decimal Positions |
| Filler | 52 | 52 | 1 | |
| Revenue Center Total Charges | 53 | 64 | 12 | 2 Decimal Positions |